LAW OFFICES OF JOSEPH R. MANNING, JR.
A PROFESSIONAL CORPORATION
Joseph R. Manning, Jr. (SBN 223381)
4667 MacArthur Blvd., Suite 150
Newport Beach, California 92660
Telephone: 949.200.8755
Facsimile:   866.843.8308
Email:  info@manninglawoffice.com

Attorneys for Plaintiff MARLENE Y. BAILEY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MARLENE Y. BAILEY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SPECIALIZED LOAN SERVICING, LLC; NBS DEFAULT SERVICES, LLC; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA10; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | CASE NO. 5:14-cv-1586-JGB-KKx<br><br>Hon. Jesus G. Bernal<br><br>**DECLARATION OF JOSEPH R. MANNING, JR. IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT**<br><br>Complaint Filed:   July 7, 2014<br>Trial Date:            March 15, 2016<br><br>(Removed from Superior Court of California, County of Riverside, Case No. PSC1403597) |

I, Joseph R. Manning, Jr., declare:

1. I am an attorney licensed to practice law in the State of California and I am the principal attorney at the Law Offices of Joseph R. Manning, Jr., A Professional Corporation, counsel of record for Plaintiff Marlene Y. Bailey ("Plaintiff").

2.     Attached hereto as Exhibit "A" is a true and correct copy of Plaintiff's Proposed Supplemental Complaint.

3.     Attached hereto as Exhibit "B" is a true and correct copy of Defendants Specialized Loan Servicing LLC and the Bank of New York Mellon as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OA10's Motion to Quash Plaintiff's Complaint, filed on or about October 29, 2015 in Riverside County Superior Court, Case No. PSC1504566.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.  Executed on December 7, 2015, at Newport Beach, California.

*/s/ Joseph R. Manning, Jr.*
Joseph R. Manning, Jr.