UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MARLENE Y. BAILEY,<br><br>   Plaintiff,<br><br>   vs.<br><br>SPECIALIZED LOAN SERVICING, LLC; NBS DEFAULT SERVICES, LLC; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA10; and DOES 1 through 50, inclusive,<br><br>   Defendants. | CASE NO. 5:14-cv-1586-JGB-KKx<br><br>Hon. Jesus G. Bernal<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff Marlene Y. Bailey's ("Plaintiff") motion for leave to file a supplemental complaint was heard on January 4, 2016 at 9:00 a.m., in Courtroom 1 of the United States Central District Courthouse located at 3470 Twelfth Street, Riverside, California 92501-3801.

The Court, having reviewed and considered all papers in support of and in opposition to Plaintiff's motion, all evidence presented, and oral argument, hereby finds and orders as follows:

1. Plaintiff's motion for leave to file a supplemental complaint is granted in its entirety. Plaintiff's proposed supplemental complaint is deemed the supplemental complaint which is deemed filed and served as of the date of granting this motion.

**IT IS SO ORDERED.**

Dated: _____   By: _____
                                                                  Honorable Jesus Bernal
                                                                  U.S. District Court Judge