LAW OFFICES OF JOSEPH R. MANNING, JR.
A PROFESSIONAL CORPORATION
Joseph R. Manning, Jr. (SBN 223381)
4667 MacArthur Blvd., Suite 150
Newport Beach, California 92660
Telephone: 949.200.8755
Facsimile:  866.843.8308
Email:  info@manninglawoffice.com

Attorneys for Plaintiff MARLENE Y. BAILEY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MARLENE Y. BAILEY,<br><br>                     Plaintiff,<br><br>          vs.<br><br>SPECIALIZED LOAN SERVICING, LLC; NBS DEFAULT SERVICES, LLC; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA10; and DOES 1 through 50, inclusive,<br><br>                     Defendants. | CASE NO. 5:14-cv-1586-JGB-KKx<br><br>Hon. Jesus G. Bernal<br><br>**PROOF OF SERVICE** |

JOSEPH R. MANNING, JR., ESQ.
4667 MACARTHUR BLVD., STE. 150
NEWPORT BEACH, CA 92660

**PROOF OF SERVICE**

## CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and not a party to the cause. My business address is 4667 MacArthur Blvd., Suite 150, Newport Beach, CA 92660.

On December 7, 2015, I served the following documents entitled:

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT;**

**DECLARATION OF JOSEPH R. MANNING, JR. IN SUPPORT OF MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT;**

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT**

on the interested parties in this action as follows:

**Served Electronically via the Court's CM/ECF System:**

| | |
|---|---|
| *Counsel for Defendants Specialized Loan Servicing, LLC, and Bank of New York Mellon, as Trustee* | *Counsel for Defendant NBS Default Services, LLC* |
| Karen Palladino Ciccone<br>Evan F. Anderson<br>AKERMAN LLP<br>725 South Figueroa Street, 38th Floor<br>Los Angeles, CA 90017-5433<br>Karen.ciccone@akerman.com<br>Evan.anderson@akerman.com | Erica Taylor Loftis<br>Michael Robert Gonzales, Jr.<br>BUCKLEY MANDOLE PC<br>301 East Ocean Drive Suite 1720<br>Long Beach, CA 90802<br>Erica.loftis@buckleymadole.com |

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Newport Beach, California on December 7, 2015.

_____Katie Nahigian_____          _____/s/ Katie Nahigian_____
(Type or Print Name)                 (Signature of Declarant)

**PROOF OF SERVICE**